IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-344-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN ARNULFO RAMIREZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The parties shall have until November 1, 2021, to file any response to the motion to seal filed by Flavio Ramirez [DE #53].

This 21st day of October 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge