IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-344-1D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| JUAN ARNULFO RAMIREZ, | ) |
| Defendant. | ) |

For good cause shown, the court GRANTS Interested Party Flavio Ramirez's motion to seal portions of the probable cause and detention hearing held in this matter on August 24, 2021 [DE #53]. The unredacted hearing transcript previously filed with the court [DE #31] shall be SEALED. The court reporter or transcriber is ORDERED to submit for public filing a transcript of the hearing with the following portions redacted:

Page 7, lines 11-25

Page 8, lines 1-11

Page 12, lines 8-19

Page 14, lines 14-16

This 2nd day of November 2021.

*[signature]*
KIMBERLY A. SWANK
United States Magistrate Judge