THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-344-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN ARNULFO RAMIREZ | ) |

ORDER

This Cause comes before the Court upon motion of Interested Party Flavio Ramirez, a defendant in No. 5:21-CR-304-D (E.D.N.C.), to seal his Reasons to Seal Select Portions of the Probable Cause and Detention Hearing of Defendant Juan Arnulfo Ramirez, held on August 24, 2021. For good cause shown, Interested Party Flavio Ramirez's motion [DE #52] is GRANTED and DE # 51 is hereby SEALED.

So ORDERED this 2nd day of November 2021.

KIMBERLY A. SWANK
United States Magistrate Judge