# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Arnulfo Ramirez | ) | Case No: 5:21-CR-344-1D |
|  | ) | USM No: 60147-509 |
| Date of Original Judgment: 09/26/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* |  | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Amendment 821 applies to defendant but does not lower his advisory guideline range. See [D.E. 118]; see also Presentence Investigation Report [D.E. 89] ¶¶ 21–26, 45–58. Thus, the court DENIES defendant's motions [D.E. 114, 115] to reduce sentence. Moreover, even if the court had discretion to reduce defendant's sentence under the safety valve, the court would not do so under the Section 3553(a) factors. See 18 U.S.C. § 3553(a).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/5/25

Judge's signature: /s/ J. Dever

James C. Dever III, United States District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*